UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH KARL WILLIAMS,

        Petitioner,

v.                            CASE NO. 05-CV-72794-DT
                              HONORABLE GERALD E. ROSEN

RAYMOND D. BOOKER,

        Respondent.
_____/

## **JUDGMENT**

This matter having come before the Court on a Petition for the Writ of Habeas Corpus, United States District Judge GERALD E. ROSEN presiding, and pursuant to the Order entered on   August 11, 2005,

IT IS ORDERED that the Petition for a Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE.

Dated at Detroit, Michigan on    August 11, 2005   .

                                            DAVID J. WEAVER
                                            CLERK OF THE COURT

                                            BY: s/LaShawn R. Saulsberry
                                                    DEPUTY CLERK

APPROVED:

s/Gerald E. Rosen
GERALD E. ROSEN
UNITED STATES DISTRICT JUDGE